IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MAURICE SIMMONS, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:05-CV-1921-K (BH) |
| | § | |
| CADENCE DESIGN SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, *Defendant's Motion for Summary Judgment* is hereby **GRANTED**. Plaintiff's Title VII claims of racial discrimination, racial harassment, and hostile work environment are dismissed, with prejudice.

SO ORDERED.

SIGNED this 16th day of November, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE